

UNITED STATES BANKRUPTCY COURT
Eastern District of California

Robert T Matsui United States Courthouse
501 I Street, Suite 3-200
Sacramento, CA 95814

(916) 930-4400
www.caeb.uscourts.gov
M-F 9:00 AM - 4:00 PM

**FILED**

**2/28/11**

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

jtis

# ORDER DISMISSING CASE FOR FAILURE TO TIMELY FILE DOCUMENT(S)

Case Number:　11-23397 - B - 13J

Debtor Name(s), Social Security Number(s), and Address(es):

Remy Garcia
9556 Clear Springs Cir
Elk Grove, CA 95624

*Notice of Incomplete Filing and Notice of Intent to Dismiss Case If Documents Are Not Timely Filed* having been given to the Debtor(s), the debtor's(s') attorney, if any, the trustee, all creditors, and other parties in interest, and the Debtor(s) having failed to comply therewith by timely filing the documents referenced therein or a motion to extend time to file the documents for cause shown, and no Notice of Hearing on the Court's Notice of Intent to Dismiss Case having been filed,

**IT IS ORDERED** that the within case be, and is hereby, dismissed.

Dated:　2/28/11

ORDERED PURSUANT TO SPECIAL ORDER 10-02
FOR THE COURT
Wayne Blackwelder, Clerk


By: __jtis_____
　　　　　Deputy Clerk

United States Bankruptcy Court
Eastern District of California

In re:                                                              Case No. 11-23397-B
Remy Garcia                                                         Chapter 13
        Debtor
                            **CERTIFICATE OF NOTICE**

District/off: 0972-2        User: jtis           Page 1 of 1           Date Rcvd: Feb 28, 2011
                            Form ID: L146        Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 02, 2011.
db          +Remy Garcia,    9556 Clear Springs Cir,    Elk Grove, CA 95624-4084
aty         +Daniel K. Fujimoto,    2955 Main Street, Second Floor,    Irvine, CA 92614-5909
tr          +Jan P. Johnson,    PO Box 1708,   Sacramento, CA 95812-1708
cr          +Select Portfolio Servicing, Inc.,    c/o Daniel K. Fujimoto,    2955 Main St 2nd Fl,
              Irvine, CA 92614-5909
18426451    +National Default Servicing,    7720 N 16th St 300,    Phoenix AZ 85020-7404
18426450     Select Portfolio Servicing,    PO Box 65250,   Salt Lake City UT 84165-0250

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
18443596    +EDI: PHINRJMA.COM Feb 28 2011 23:58:00      Rjm Acquisitions Llc,    575 Underhill Blvd #224,
              Syosset NY 11791-3416
                                                                                              TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Mar 02, 2011**                      **Signature:**   *Joseph Speetjens*